PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GREVIN MARIO MORALES, SR. and JOSHUA DOUGLAS WHITEHEAD, <br><br> Defendant. | CASE NO. 5:17-mj-00020-JLT <br><br> ORDER TO UNSEAL COMPLAINT, ARREST WARRANTS, AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated: __May 19, 2017__                         __/s/ Jennifer L. Thurston__
                                                                UNITED STATES MAGISTRATE JUDGE

REQUEST TO UNSEAL COMPLAINT