McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREVIN MARIO MORALES, SR.,<br>JOSHUA DOUGLAS WHITEHEAD,<br><br>Defendants. | CASE NO. 1:17-CR-00137-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: February 5, 2018<br>CURRENT TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto<br><br>PROPOSED DATE: March 5, 2018<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Grevin Mario MORALES, Sr., by and through defendant's counsel of record, Marc Days, and defendant Joshua Douglas WHITEHEAD, by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. A status conference in this was previously set in this matter for February 5, 2018, and time had previously been excluded to that date pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2. By this stipulation, defendants now move to continue the status conference until March 5, 2018, at 1:00 p.m. and to exclude time between February 5, 2018, and March 5, 2018, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendants desire additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with her client.

b) Counsel have various conflicts in other cases between now and the proposed March 5, 2018 status conference that would not reasonably permit them to try this case any time between now and March 5, 2018.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Additionally, defendant MORALES is employed with Patriot Environmental Services and his employer has requested that Defendant work for one week, starting today, at a job cite located in Nevada City, California. His attorney is also requesting the court continue the currently scheduled status conference to allow the Defendant to work the full week at the job cite, rather than return to Fresno for the scheduled status conference. Pretrial services officer Frank Guerrero is aware Defendant will be working at the cite and of the defense's request to continue the status conference. Officer Guerrero has no objection.

e) Counsel for defendant WHITEHEAD has reviewed the plea agreement tendered by the government with his client. Defendant WHITEHEAD has expressed an interest in signing the plea. However, his family asked to defense counsel to meet with defendant WHITEHEAD to discuss the consequences of the disposition prior to Mr. Whitehead signing said agreement. Mr. Torres will meet with defendant WHITEHEAD this coming week as Mr. Torres is currently out of town. While Mr. Torres anticipates having a signed plea agreement by this coming Tuesday, February 6, 2018, he is not entirely certain that this case will resolve.

f) The government does not object to the continuance.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 5, 2018 to March 5, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated: February 1, 2018        PHILLIP A. TALBERT
                    United States Attorney

                    /s/ ANGELA L. SCOTT
                    ANGELA L. SCOTT
                    Assistant United States Attorney

Dated: February 1, 2018        /s/ per email authorization
                    MARC DAYS
                    Counsel for Defendant
                    GREVIN MARIO MORALES, SR.

Dated: February 1, 2018        /s/ per telephonic authorization
                    DAVID TORRES
                    Counsel for Defendant
                    JOSHUA DOUGLAS WHITEHEAD

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for February 5, 2018, is hereby vacated and continued to March 5, 2018, at 1:00 p.m. for defense preparation and to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties resolve the case, they shall request that the matter be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill on or before March 5, 2018, at 1:00 a.m. If the parties are unable to resolve the matter, they shall be prepared to select a mutually agreeable trial date at the next status conference.

It is further ORDERED that the time period between February 5, 2018, and March 5, 2018, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **February 2, 2018**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE