McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00137-LJO-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GREVIN MARIO MORALES, SR., | CURRENT DATE: November 14, 2018<br>COURT: Hon. Lawrence J. O'Neill |
| Defendant. | PROPOSED DATE: February 26, 2019<br>PROPOSED TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Grevin Mario Morales, Sr., by and through defendant's counsel of record, Marc Days, hereby stipulate as follows:

1. Trial in this matter has been set for November 14, 2018, and time had previously been excluded to that date pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2. On August 23, 2018, the government produced toll records from a phone the government suspects is defendant's and is relevant to the charges in this matter. On September 20, 2018, the government produced**:** a report of the DEA's in-depth analysis of the above referenced toll records**;** a

report of the DEA's in-depth analysis and comparison of the above referenced phone's toll records with toll records from co-defendant Whitehead's phone; and further analysis of text messages previously seized and produced to defendant from the above referenced phone the government suspects is defendant's. On October 4, 2018, the government produced a redacted copy of co-defendant Joshua Whitehead's toll records relevant to the charges in this matter.

3. By this stipulation, defendant now moves to continue the trial until February 26, 2019, at 8:30 a.m. and to exclude time between November 14, 2018, and February 26, 2019, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

4. The parties agree and stipulate, and request that the Court find the following:

   a) Based on counsel's review of the recently-produced discovery, counsel intends to file a motion to suppress evidence obtained from defendant's suspected cellular telephone and to explore other potential motions to address and diminish the evidentiary value of the recently disclosed call comparisons and toll analyses. Counsel for defendant desires additional time to review the additional discovery, to conduct research and investigation related to potential motions to exclude evidence, and to consult with his client.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 14, 2018 to February 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

6. Regarding the above-referenced motion to suppress, the parties request that the Court set the following briefing schedule:

    a) Defendant's Motion to Suppress Due: November 14, 2018

    b) Government's Opposition Due: January 2, 2019

    c) Defendant's Reply Due: January 28, 2019

    d) Motion to Suppress Hearing: February 11, 2019, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: October 11, 2018          McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ ANGELA L. SCOTT
                                       ANGELA L. SCOTT
                                       Assistant United States Attorney

.Dated: October 11, 2018

                                       /s/ per email authorization
                                       MARC DAYS
                                       Counsel for Defendant
                                       GREVIN MARIO MORALES, SR.

### FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the current trial date is vacated and continued to February 26, 2019, and the time period between November 14, 2018, and February 26, 2019, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

The following briefing schedule IS HEREBY FURTHER ORDERED:

1  Defendant's Motion to Suppress Due:  November 14, 2018

2  Government's Opposition Due:  January 2, 2019

3  Defendant's Reply Due:  January 28, 2019

4  Motion to Suppress Hearing:  February 11, 2019, at 9:30 a.m.

    Counsel are put on notice that:

    1. There will be no further continuances; and

    2. They are number two behind another criminal jury trial.  Should that case go to trial, and the instant case not resolve, the instant case will trail day to day until the court is available.

IT IS SO ORDERED.

    Dated:  **October 11, 2018**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE