| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ANGELA L. SCOTT<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00137-LJO-SKO |
| Plaintiff, | STIPULATION REGARDING MODIFIED BRIEFING SCHEDULE; ORDER |
| v. | |
| GREVIN MARIO MORALES, SR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Grevin Mario Morales, Sr., by and through defendant's counsel of record, Marc Days, hereby stipulate as follows:

1.  Trial in this matter has been set for February 26, 2019, and time had previously been excluded to that date pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2.  On October 11, 2018, the Court issued an order continuing the trial to February 26, 2019, and setting the following briefing schedule for the defendant's motion to suppress evidence:

    a)  Defendant's Motion to Suppress Due: November 14, 2018

    b)  Government's Opposition Due: January 2, 2019

    c)  Defendant's Reply Due: January 28, 2019

    d)  Motion to Suppress Hearing: February 11, 2019, at 9:30 a.m.

3. On November 14, 2018, defendant filed a motion to suppress evidence.

4. The parties have been diligent in their efforts to resolve this case. The parties believe that they may reach an agreement to settle the case before the new year. The parties seek to continue the January 2 deadline for the government's opposition to the motion to suppress to give the parties additional time to file a plea agreement and conduct a change-of-plea hearing if they reach a resolution.

5. Consequently, regarding the above-referenced opposition to the motion to suppress, the parties request that the Court continue the January 2, 2019 deadline to January 16, 2019. All other dates, including the trial date, will remain the same. The modified schedule would be:

   a) Government's Opposition Due: January 16, 2019

   b) Defendant's Reply Due: January 28, 2019 (same)

   c) Motion to Suppress Hearing: February 11, 2019, at 9:30 a.m. (same)

IT IS SO STIPULATED.

Dated: December 18, 2018                McGREGOR W. SCOTT
                                        United States Attorney

                                         /s/ ANGELA L. SCOTT
                                        ANGELA L. SCOTT
                                        Assistant United States Attorney

.Dated: December 18, 2018
                                         /s/ per telephonic authorization
                                        MARC DAYS
                                        Counsel for Defendant
                                        GREVIN MARIO MORALES, SR.

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the deadline for the government's opposition to defendant's motion to suppress currently set for January 2, 2019, is hereby continued to January 16, 2019. All other dates remain the same.

IT IS SO ORDERED.

Dated: __**December 18, 2018**__      _____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

.