MARC DAYS, #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
GREVIN MARIO MORALES, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00137 LJO SKO |
| Plaintiff, | STIPULATION TO SET HEARING FOR CHANGE OF PLEA AND WITHDRAWAL MOTION TO SUPPRESS AND FOR *FRANKS* HEARING |
| vs. | |
| GREVIN MARIO MORALES, SR, | DATE: January 28, 2019 |
| Defendants. | TIME: 8:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the above-captioned matter be set for hearing for change of plea on January 28, 2019, at 8:30 am, before the Honorable Lawrence J. O'Neill, United States District Court Judge. The parties further stipulate that Defendant's Motion to Suppress and for a *Franks* Hearing be withdrawn.

The reason for the request is that the parties believe they have resolved the above-captioned matter and, therefore, that it is appropriate for the government to not respond to Defendant's Motion to Suppress and for a *Franks* Hearing and for the motion to be withdrawn. The parties previously agreed to the exclusion of time to February 26, 2019. [Dkt 62].

///

///

McGREGOR W. SCOTT
United States Attorney

Dated: December 27, 2018      /s/ Angela Scott
ANGELA SCOTT
Assistant United States Attorney
Attorney for Plaintiff

Dated: December 27, 2018      /s/ Marc Days
MARC DAYS
Attorney for Defendant
Grevin Mario Morales, Sr.

# **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the above captioned matter is set for a change of plea hearing on January 28, 2019, at 8:30 am, and Defendant's Motion to Suppress and for a Franks Hearing is withdrawn.

IT IS SO ORDERED.

Dated:   **December 27, 2018**               /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE