# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California



JAN 28 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 17-cr-00137-LJO-SKO |
| | ) | |
| GREVIN MARIO MORALES, SR. | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/28/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Marc Days
*Printed name of defendant's attorney*

_____
*Judge's signature*

Lawrence J. O'Neill, United States District Judge
*Judge's printed name and title*