McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA    93309
Telephone:  (661) 489-6150
Facsimile:   (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>GREVIN MARIO MORALES, SR.,<br><br>                              Defendant. | CASE NO.  1:17-CR-00137-NONE-SKO<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.     Defendant Grevin Morales, Sr. filed a motion for reduction in sentence and compassionate release on August 11, 2020.  Docket No. 102.  Pursuant to local rule, the government's response is due by August 18, 2020, and any reply due August 21, 2020.  Government counsel requests additional time to obtain records and draft the response brief.

2.     Counsel for the defendant does not oppose this request.

3.   Accordingly, by this stipulation, the parties now request that:

a)     The government's opposition or response to defendant's motion, Docket No. 102, be due on August 25, 2020; and

b)     The defense reply, if any, will be due on September 1, 2020.


IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated:  August 13, 2020

*/s/ Angela L. Scott*
ANGELA L. SCOTT
Assistant United States Attorney

Dated:  August 13, 2020

1.

*/s/ Marc Days*
2.   MARC DAYS
3.   Counsel for Defendant

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

a)     The government's opposition or response to defendant's motion, Docket No. 102, is due on August 25, 2020;

b)     The defense reply, if any, will be due on September 1, 2020.

IT IS SO ORDERED.

Dated:   **August 13, 2020**

UNITED STATES DISTRICT JUDGE