Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
GREVIN MORALES, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREVIN MARIO MORALES, SR.<br><br>Defendant. | No.: 17-cr-00137 NONE-SKO<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Grevin Morales filed a motion for reduction in sentence and compassionate release on August 11, 2020. [Dkt. 102]. On August 25, 2020, the government filed an opposition to defendant's motion. [Dkt 106]. Defense counsel requests additional time to respond to the government's brief due to a recent family medical emergency.

2. Counsel for the government does not oppose this request.

///

///

///

3. Accordingly, by this stipulation, the parties now request that the defense reply be due on September 8, 2020.

IT IS SO STIPULATED.

                        McGREGOR W. SCOTT
                        United States Attorney

Dated:  September 1, 2020

                        */s/ Angela L. Scott*
                        ANGELA L. SCOTT
                        Assistant United States Attorney


Dated:  September 1, 2020          */s/ Marc Days*
                        MARC DAYS
                        Counsel for Defendant

### **FINDING AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule and the defense reply, if any, will be do on September 8, 2020.

IT IS SO ORDERED.

Dated:  **September 2, 2020**                        _____
                                                            UNITED STATES DISTRICT JUDGE