HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GREVIN MARIO MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:17-cr-00137-AWI-SKO |
|---|---|
| Plaintiff, | ) |
| | ) [**PROPOSED**] SEALING ORDER |
| vs. | ) |
| | ) JUDGE: Hon. Anthony W. Ishii |
| GREVIN MARIO MORALES, | ) |
| Defendant-Movant. | ) |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) be granted so that medical information is not available on the public docket. The Request and its Exhibit A are to be provided to the Court and Assistant United States Attorney assigned to the case.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  November 18, 2022                                    _____
                                                                                    SENIOR DISTRICT JUDGE

Morales: Proposed Sealing Order