UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREVIN MARIO MORALES,<br><br>　　　　Defendant. | CASE NO. 1:17-cr-00137-AWI-SKO<br><br>SEALING ORDER<br><br>(Doc. No. 125) |

　　IT IS HEREBY ORDERED that the Request to Seal Exhibit 2 to the Government's Opposition to Defendant's Second Motion for Compassionate Release be granted so that medical information is not available on the public docket. The Government states it emailed copies of the aforementioned documents to the Court and defense counsel on January 6, 2023.

　　These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:　January 11, 2023　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE