IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-00137 JLT |
| Plaintiff, | ORDER ON PETITION FOR EARLY TERMINATION |
| v. | |
| GREVIN MORALES | |
| Defendant. | |

The Court has received and reviewed Defendant Grevin Morales' Petition for Early Termination of Supervised Release.  The Court has also been provided input from the Assistant United States Attorney.

### ORDER

**IT IS HEREBY ORDERED** that Defendant Grevin Morales' Supervised Release is hereby terminated.

Dated:  June __9__ , 2026

_____
HON. JENNIFER L. THURSTON
United States District Court Judge